# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 20-21460

DEBTOR(S)

JENNIFER L. NORRIS

### CERTIFICATE OF SERVICE

I hereby certify that on December 05, 2020,     the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.   I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on December  4, 2020,     I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13)      as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>JENNIFER L. NORRIS<br><br>Debtor | CASE NO: 20-21460<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |
|---|---|

### TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on May 19, 2020, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.   Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before January 04, 2021, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before January 04, 2021, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 12/02/2020                                                                LAJ /S/
                                                                                           LON A. JENKINS
                                                                                           CHAPTER 13 TRUSTEE

Note: The following claims have Step Payments:

Claim No. 2 NEVADA WEST FINANCIAL

| | | |
|---|---|---|
| 04/01/2020 | 09/30/2020 | $124.00 |
| 10/01/2020 | 10/31/9999 | $239.00 |

Claim No. 5 UTAH STATE TAX COMMISSION

| | | |
|---|---|---|
| 04/01/2020 | 06/30/2021 | $6.00 |
| 07/01/2021 | 07/31/9999 | $12.00 |

| Claim No. | Creditor Name | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 9 | 1ST CHOICE MONEY CENTER | UNSECURED MONEY LOANED | $682.77 | $0.00 | Pro Rata | 0.00 |
| 11 | AMERICA FIRST CREDIT UNION | UNSECURED OVERDRAWN CHECKING | $1,958.33 | $0.00 | Pro Rata | 0.00 |
| 4 | DOLLAR LOAN CENTER | UNSECURED LOAN | $1,014.90 | $0.00 | Pro Rata | 0.00 |
| 10 | INTERNAL REVENUE SERVICE | UNSECURED UNS TAX | $1,017.35 | $0.00 | Pro Rata | 0.00 |
| 10 | INTERNAL REVENUE SERVICE | PRIORITY (NO unsecd. interest) PRI TAX | $557.24 | $0.00 | Pro Rata | 0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED RETAIL | $898.11 | $0.00 | Pro Rata | 0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED PAYDAY LOAN | $1,536.00 | $0.00 | Pro Rata | 0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDIT | $920.08 | $0.00 | Pro Rata | 0.00 |
| | JUSTIN O. BURTON | ATTORNEY FEE | $3,250.00 | $0.00 | Pro Rata | 0.00 |
| 8 | MOUNTAINLAND COLLECTIONS, IN | UNSECURED SERVICES | $4,219.56 | $0.00 | Pro Rata | 0.00 |
| 2 | NEVADA WEST FINANCIAL | VEHICLE SECD (PERMO level 17 2013 TOYOTA RAV4/PV=$12,49 | $12,490.00 | $12,490.00 | $239.00 | 5.50 |
| 2 | NEVADA WEST FINANCIAL | UNSECURED Split Claim | $1,513.80 | $0.00 | Pro Rata | 0.00 |
| 13 | OUTSOURCE RECEIVABLES MANAG | UNSECURED SERVICES PERFORMED | $182.34 | $0.00 | Pro Rata | 0.00 |
| 17 | RESURGENT CAPITAL SERVICES | UNSECURED MEDICAL | $18.57 | $0.00 | Pro Rata | 0.00 |
| 19 | RESURGENT CAPITAL SERVICES | UNSECURED CREDIT | $797.36 | $0.00 | Pro Rata | 0.00 |
| 18 | RESURGENT CAPITAL SERVICES | UNSECURED MEDICAL | $18.57 | $0.00 | Pro Rata | 0.00 |
| 3 | RESURGENT CAPITAL SERVICES | UNSECURED CREDIT CARD | $1,678.41 | $0.00 | Pro Rata | 0.00 |
| 12 | SELENE FINANCE | DEFAULT ARREARAGE (PRORA MTG ARRS/PL=PRO RATA/AO | $22,370.30 | $22,370.30 | Pro Rata | 0.00 |
| 7 | UHEAA | UNSECURED STUDENT LOANS | $19,977.40 | $0.00 | Pro Rata | 0.00 |
| 1 | UNIVERSITY OF UTAH HEALTH | UNSECURED MEDICAL | $97.45 | $0.00 | Pro Rata | 0.00 |
| 6 | USA CASH SERVICES | UNSECURED DEFERRED DEPOSIT | $1,886.14 | $0.00 | Pro Rata | 0.00 |
| 5 | UTAH STATE TAX COMMISSION | UNSECURED UNS TAX | $156.60 | $0.00 | Pro Rata | 0.00 |
| 5 | UTAH STATE TAX COMMISSION | PRIORITY (NO unsecd. interest) PRI TAX | $1,577.50 | $0.00 | Pro Rata | 0.00 |
| 5 | UTAH STATE TAX COMMISSION | SECURED (PERMO Level 17) SEC TAX/P=PERMO @4% | $645.13 | $645.13 | $6.00 | 4.00 |
| 20 | VERIZON BY AMERICA INFOSOURC | UNSECURED SERVICES RENDERED | $219.02 | $0.00 | Pro Rata | 0.00 |
| 21 | Village at Canyonview Park | DEFAULT ARREARAGE (PRORA HOA ARRS/PL=PRO RATA | $2,069.45 | $2,069.45 | Pro Rata | 0.00 |

```
                             United States Bankruptcy Court
                                     District of Utah
In re:                                                                  Case No. 20-21460
JENNIFER L. NORRIS                                                      Chapter 13
        Debtor
                                 CERTIFICATE OF SERVICE
District/off: 1088-c         User: 563                  Page 1 of 3           Date Rcvd: Dec 03, 2020
                             Form ID: TROC              Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Dec 04, 2020.
db            JENNIFER L. NORRIS,    12529 SOUTH MAYAN STREET,    RIVERTON, UT 84096-2479
1             1ST CHOICE MONEY CENTER,    COLLECTIONS-LEGAL DEPT,    7210 SOUTH 900 EAST,
               MIDVALE, UT 84047-4489
2             1ST CHOICE MONEY CENTER,    4132 SOUTH REDWOOD ROAD,    SALT LAKE CITY, UT 84123-1134
3             AMERICA FIRST CREDIT UNION,    PO BOX 9199,   OGDEN, UT 84409-0199
4             AMERICAN INFOSOURCE LP,    AS AGENT FOR VERIZON,    PO BOX 4457,    HOUSTON, TX 77210-4457
5             ASHLEY FUNDING SERVICES, LLC,    RESURGENT CAPITAL SERVICES,    PO BOX 10587,
               GREENVILLE, SC 29603-0587
6             AT&T MOBILITY,    PO BOX 105503,    ATLANTA, GA 30348-5503
7             AT&T SERVICES,   ONE AT&T WAY, STE 3A104,    BEDMINSTER, NJ 07921-2694
8             CAPITAL ONE BANK,    ATTN: BANKRUPTCY DEPT,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
9             CBE GROUP,    PO BOX 900,   WATERLOO, IA 50704-0900
10            CHECK CITY,    PO BOX 970183,    OREM, UT 84097-0183
12            COMENITY BANK,    BANKRUPTCY DEPARTMENT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
13            CREDIT ONE BANK,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
14            DOLLAR LOAN CENTER,    196 WEST 12300 SOUTH, 101,    DRAPER, UT 84020-8090
15            DOLLAR LOAN CENTER,    1789 W 7800 S,    WEST JORDAN, UT 84088-4017
16            EPIC (EMERGENCY PHY INTEGRATED CARE),     PO BOX 96398,   OKLAHOMA CITY, OK 73143-6398
17            EZ LOAN SERVICES,    C/O JEFFERSON CAPITAL SYSTEMS, LLC,    PO BOX 7999,
               SAINT CLOUD, MN 56302-7999
18            FASHION BUG,    PO BOX 182273,    COLUMBUS, OH 43218-2273
19            FINGERHUT,    PO BOX 1250,    SAINT CLOUD, MN 56395-1250
20            FIRST PREMIER BANK,    PO BOX 5524,    SIOUX FALLS, SD 57117-5524
21            GC SERVICES,    332 WEST HIGHWAY 190,    COPPERAS COVE, TX 76522
22            GRANGER MEDICAL CLINIC,    PO BOX 70658,    SALT LAKE CITY, UT 84170-0658
23            HASKINS JAMES, LLC,    6900 SOUTH 900 EAST, STE 240,    MIDVALE, UT 84047-5820
24            INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY, UT 84127-0808
25            IRS,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
26            JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
28            JUSTIN O. BURTON,    RULON T. BURTON & ASSOC.,    6000 SOUTH FASHION BLVD.,    MURRAY, UT 84107-5436
29            LABORATORY CORPORATION OF AMERICA,    ATTN: BANKRUPTCY UNIT,    PO BOX 2240,
               BURLINGTON, NC 27216-2240
30            LAW OFFICES OF QUINN M. KOFFORD,    PO BOX 1425,    AMERICAN FORK, UT 84003-6425
31            LOANME, INC,    1900 SOUTH STATE COLLEGE BLVD, STE 300,    ANAHEIM, CA 92806-6152
32            LOWES/SYNCHRONY BANK,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 965060,    ORLANDO, FL 32896-5060
33            LUNDBERG & ASSOCIATES,    3269 SOUTH MAIN STREET, STE 100,    SLC, UT 84115-3773
34            LVNV FUNDING, LLC,    RESURGENT CAPITAL SERVICES,    PO BOX 10587,    GREENVILLE, SC 29603-0587
35            MERRICK BANK,    RESURGENT CAPITAL SERVICES,    PO BOX 10368,    GREENVILLE, SC 29603-0368
36            MERRICK BANK,    PO BOX 660702,    DALLAS, TX 75266-0702
37            MOUNTAIN LAND COLLECTIONS, INC.,    PO BOX 1280,   AMERICAN FORK, UT 84003-6280
38            MR MONEY,    CORPORATE OFFICES,    1858 WEST 5150 SOUTH, STE 503,    ROY, UT 84067-3063
39            MR MONEY,    8392 SOUTH 700 EAST,    SANDY, UT 84070-0505
40            NEVADA WEST FINANICAL,    ATTN BANKRUPTCY DEPT,    PO BOX 94703,    LAS VEGAS NV 89193-4703
42            NIAGARA CREDIT SOLUTIONS,    1212 ABBOTT ROAD, STE D,    BUFFALO, NY 14218-1900
43            NORTH SHORE AGENCY,    270 SPAGNOLI ROAD, STE 110,    MELVILLE, NY 11747-3515
44            OUTSOURCE RECEIVABLES MANAGEMENT,    PO BOX 166,    OGDEN, UT 84402-0166
45            PEGGY NELSON,   ATTN STEWARD HEALTHCARE,    406 W SOUTH JORDAN PARKWAY,    SUITE 300,
               SOUTH JORDAN UT 84095-3956
46            PREMIER BANKCARD,    PREMIER/CSI-DEPT SDPR,    PO BOX 2208,    VACAVILLE, CA 95696-8208
47            PREMIER BANKCARD, LLC,    JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999
48            RESURGENT CAPITAL SERIVCES,    PO BOX 10368,    GREENVILLE, SC 29603-0368
49            RESURGENT CAPITAL SERIVCES,    PO BOX 10587,    GREENVILLE, SC 29603-0587
50            RIVERTON HOSPITAL,    3741 WEST 12600 SOUTH,    RIVERTON, UT 84065-7215
51            RUSHMORE LOAN MANAGEMENT SERVICES,    PO BOX 55004,    IRVINE, CA 92619-5004
52            RUSHMORE LOAN MANAGENT SERVICES,    PO BOX 55004,    IRVINE, CA 92619-5004
53            SAGE CAPITAL RECOVERY,    1040 KINGS HIGHWAY NORTH,    CHERRY HILL, NJ 08034-1908
54            SALT LAKE COUNTY TREASURER,    ATTN: RAY LANCASTER,    2001 SOUTH STATE STREET, #N1200,
               SALT LAKE CITY, UT 84190-0001
55            SCOTT CHRISTENSEN, MD,    C/O OUTSOURCE RECEIVABLES MANAGEMENT,    1349 WASHINGTON BLVD,
               OGDEN, UT 84404-5744
57            SMITH KNOWLES, P.C.,    2225 WASHINGTON BLVD, STE 200,    OGDEN, UT 84401-6887
58            SOUTHRIDGE PEDIATRICS,    3723 WEST 12600 SOUTH, STE 330,    RIVERTON, UT 84065-7309
59            SUMMIT UROLOGY,    5323 SOUTH WOODROW STREET, #203,    MURRAY, UT 84107-5851
60            SYNCHRONY BANK,    CARE OF PRA RECEIVABLES MANAGEMENT, LLC,    PO BOX 41021,
               NORFOLK, VA 23541-1021
61            THE CASH STORE CORPORATE OFFICE,    1901 GATEWAY DRIVE, STE 200,    IRVING, TX 75038-2425
62            UHEAA,    PO BOX 145108,    SALT LAKE CITY UT 84114-5108
65            USA CASH SERVICES,    1752 COMBE ROAD, STE 1,    OGDEN, UT 84403-5069
66            USTC,    ATTN: BANKRUPTCY UNIT,    210 NORTH 1950 WEST,    SALT LAKE CITY, UT 84134-7040
67            UTAH VISION DEVELOPMENT CENTER,    3672 S SOUTH JORDAN PARKWAY, #103,    SOUTH JORDAN, UT 84009
68            VERIZON,    BY AMERICAN INFOSOURCE AS AGENT,    PO BOX 4457,    HOUSTON, TX 77210-4457
69            VERIZON WIRELESS,    BANKRUPTCY ADMINISTRATION,    500 TECNOLOGY DRIVE, STE 500,
               WELDON SPRINGS, MO 63304-2225
```

```
District/off: 1088-c              User: 563                Page 2 of 3                   Date Rcvd: Dec 03, 2020
                                  Form ID: TROC            Total Noticed: 68

         70           VILLAGE AT CANYONVIEW PARK,   561 WEST 200 SOUTH,   SALT LAKE CITY, UT 84101-1116
         71           WAKFIELD & ASSOCIATES,   PO BOX 50250,   KNOXVILLE TN 37950-0250
         72           WEBBANK,   6250 RIDGEWOOD ROAD,   SAINT CLOUD, MN 56303-0820
         73           WILMINGTON SAVINGS FUND SOCIETY, FSB,   SELENE FINANCE, LP,
           9990 RICHMOND AVENUE, SUITE 400 SOUTH,   HOUSTON, TEXAS 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
         11           CHEMLAWN,   C/O TRANSWORLD SYSTEMS,   7050 UNION PARK CENTER, #575,   RETURNED MAIL--99999
         56           SEARS/CITIBANK,   PO BOX 6275,   RETURNED MAIL--99999
         63           UNIVERSITY OF UTAH HEALTH
         64           UNIVERSITY OF UTAH HEALTH
         74           WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
         27*          JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
         41*          NEVADA WEST FINANICAL,   ATTN BANKRUPTCY DEPT,   PO BOX 94703,   LAS VEGAS NV 89193-4703
                                                                                          TOTALS: 5, * 2
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Dec 04, 2020**                    **Signature:**    *Joseph Speetjens*

```
District/off: 1088-c              User: 563                    Page 3 of 3                Date Rcvd: Dec 03, 2020
                                  Form ID: TROC                Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 05, 2020 at the address(es) listed below:
```
nef             LON JENKINS TR
nef             UNITED STATES TRUSTEE
                                                                                                      TOTAL: 2
```